SHERMAN ATLAS SYLVESTER & STAMELMAN LLP
Anthony J. Sylvester, Esq. (asylvester@shermanatlas.com)
Craig L. Steinfeld, Esq. (csteinfeld@shermanatlas.com)
210 Park Avenue, 2nd Floor
Florham Park, NJ 07932
(973) 302-9700

*Attorneys for Plaintiff*
*NVE Bank*

|  |  |
|---|---|
| NVE BANK,<br><br>          Plaintiff,<br><br>    vs.<br><br>M & P RE, LLC; and ELIMELECH SCHWARTZ,<br><br>          Defendants. | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br><br>CIVIL ACTION NO. 2:19-cv-12829-MCA-ESK<br><br>Hon. Madeline Cox Arleo, U.S.D.J.<br><br>Hon. Edward S. Kiel, U.S.M.J. |
| NVE BANK,<br><br>          Plaintiff,<br><br>    vs.<br><br>M & P RE, LLC; and THERESA MASEL,<br><br>          Defendants. | CIVIL ACTION NO. 2:19-cv-12860-MCA-ESK<br><br>Hon. Madeline Cox Arleo, U.S.D.J.<br><br>Hon. Edward S. Kiel, U.S.M.J. |

_____

### ORDER FOR FINAL JUDGMENT OF FORECLOSURE
_____

THIS MATTER, having been opened to the Court by Sherman Atlas Sylvester & Stamelman LLP, attorneys for plaintiff NVE Bank, for an Order for Final Judgment of Foreclosure against defendants M & P RE, LLC and Theresa Masel in Civil Action No. 19-12860 (which has been consolidated with and under Civil Action No. 19-12829), and NVE Bank having filed a motion for summary judgment in these consolidated actions (Civil Action No. 19-12829 ECF No. 43), and defendant M & P RE, LLC having filed opposition to the summary judgment motion (Civil Action No. 19-12829 ECF No. 55), and the Note, Mortgage and other relevant documents that are the subject of NVE Bank's foreclosure action and proof of the amount due on NVE Bank's Mortgage having been presented to the Court in connection with the summary judgment motion, and the Court having granted NVE Bank's motion for summary judgment on, among other things, its claims for foreclosure on the subject Mortgage and entered judgment in favor of NVE Bank and against M & P RE, LLC, among others, in the total amount of $3,558,278.71 (Civil Action No. 19-12829 ECF No. 58), and defendant Theresa Masel having filed a non-contesting answer in which she does not contest the foreclosure or dispute the priority of NVE Bank's Mortgage (Civil Action No. 19-12860 ECF No. 42), and upon the pleadings and proceedings had to date herein and defense counsel having advised via letter that they do not object, and sufficient cause appearing and for good cause shown; IT IS on this 4th day of April, 2022;

ORDERED that the motion by NVE Bank at ECF no. 59 for an Order for Final Judgment of Foreclosure be and hereby is GRANTED; and it is further

ORDERED and ADJUDGED that NVE Bank be and hereby is entitled to have the sum of $3,558,278.71, as of November 30, 2021, and lawful interest computed

thereafter on the total sum due to NVE Bank until the same be paid and satisfied, all to be raised and paid out of the mortgaged premises designated as Block 501, Lot 2 on the Tax Map of the Township of Pennsville, Salem County, New Jersey, more commonly known as 390 North Broadway, Pennsville, New Jersey (the "Mortgaged Premises"); and it is further

ORDERED and ADJUDGED that NVE Bank, its successors and/or assigns or any purchaser at the foreclosure sale duly recover against defendant M & P RE, LLC possession of the Mortgaged Premises mentioned and described in the complaint with the appurtenances thereon and that a Writ of Possession issue thereon; and it is further

ORDERED and ADJUDGED that the Mortgaged Premises be sold to raise and satisfy the several sums due to NVE Bank and that an execution for that purpose duly issue out of this Court to the U.S. Marshal commanding the U.S. Marshal to make sale, according to law, of the Mortgaged Premises and, out of the monies arising from the sale, that the U.S. Marshal pay to NVE Bank or NVE Bank's attorneys NVE Bank's debt, with lawful interest thereon, and if there is a surplus remaining after said sale that such surplus be brought into this Court and deposited with the Clerk to abide further order of this Court and that the U.S. Marshal make a report of the sale as required by the Rules of this Court; and it is further

ORDERED and ADJUDGED that defendants M & P RE, LLC and Theresa Masel stand absolutely debarred and foreclosed of and from all equity of redemption of, in and to said Mortgaged Premises described in the complaint as shall be sold as aforesaid by virtue of this Order and Judgment; and it is further

ORDERED and ADJUDGED that this Judgment shall not affect the rights of any person protected by the New Jersey Anti-Eviction Act (N.J.S.A. 2A:18-61.1 et seq.)

_____
HON. MADELINE COX ARLEO, U.S.D.J.

4872-1084-0074, v. 1